HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GENE WAMSLEY, <br><br> Defendant. | No. CR20-095 JLR <br><br> ORDER GRANTING UNOPPOSED MOTION TO SCHEDULE GUILTY PLEA HEARING VIA VIDEOCONFERENCE |

THE COURT has considered the unopposed motion of the parties to proceed forward with a guilty plea hearing via videoconference and finds that:

(a) Under General Order 04-20, felony pleas and sentencings may proceed by video or telephone if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." A plea hearing in this case cannot be delayed without serious harm to the interests of justice; and

(b) Mr. Wamsley would like to take responsibility in this matter and resolve it in a timely fashion; and

(c) Mr. Wamsley wishes to enter a plea as soon as possible in light of anticipated delay associated with the COVID pandemic and a desire to alleviate presumptive backlogged court calendars following the COVID recovery process. Mr.

ORDER GRANTING UNOPPOSED MOTION TO
SCHEDULE GUILTY PLEA HEARING VIA
VIDEOCONFERENCE - 1
*USA v. Wamsley, CR20-095 JLR*

BECKWITH LAW GROUP
101 YESLER WAY, SUITE 603
SEATTLE, WA 98104
PHONE: (206) 420-7295

Wamsley that the Court may not be as able to accommodate a timely resolution of his case in the future as more cases are delayed; and

(d) A videoconference guilty plea hearing would avoid further delays in the ultimate sentencing in this case, which would cause "serious harm to the interests of justice." See General Order No. 04-20 (3/30/20).

IT IS THEREFORE ORDERED that this matter should be set for a guilty plea hearing via videoconference at the earliest practicable date.

DONE this 30th day of September, 2020.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/* Winston Choe
Winston Choe  # 49703
Attorney for Defendant

ORDER GRANTING UNOPPOSED MOTION TO SCHEDULE GUILTY PLEA HEARING VIA VIDEOCONFERENCE - 2
USA v. Wamsley, CR20-095 JLR

BECKWITH LAW GROUP
101 YESLER WAY, SUITE 603
SEATTLE, WA 98104
PHONE: (206) 420-7295